IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DERRICK LAMONT DIXON, III** : | CIVIL ACTION NO. 1:21-CV-1929 |
| Petitioner : | (Judge Conner) |
| v. : | |
| **UNITED STATES OF AMERICA** : | |
| Respondent : | |

## **ORDER**

AND NOW, this 10th day of December, 2021, upon consideration of the petition (Doc. 1) for writ of habeas corpus, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The petition (Doc. 1) for writ of habeas corpus is DISMISSED WITHOUT PREJUDICE.

2. The Clerk of Court is DIRECTED to close this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania